IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00923-PSF-CBS

MARY ELLEN AGRIPINO-MONTOYA,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE-8,
STEPHEN MORRISON, and
JOHN HOAG, in their individual capacities,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Amend Complaint and Jury Demand (filed October 11, 2005; *doc. no. 20*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Second Amended Complaint and Jury Demand (*doc no. 20-2*) tendered to the court on October 11, 2005. It is further

    **ORDERED** that the "Amended Complaint" filed October 11, 2005, (doc. no. 21) is **STRICKEN** from the record.

**DATED:**    October 12, 2005