IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00923-PSF-CBS

MARY ELLEN AGRIPINO-MONTOYA,

    Plaintiff,

v.

WELD COUNTY SCHOOL DISTRICT RE-8, and
STEPHEN MORRISON, and
JOHN HOAG,
in their individual capacities

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

    Having reviewed the Stipulated Motion to Dismiss With Prejudice (Dkt. # 30), and being fully advised in the premises, this Court hereby

    ORDERS that the motion be and is hereby GRANTED. This case is hereby DISMISSED with prejudice, each party to pay her, his or its own attorneys fees and costs.

    DATED: December 19, 2005

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge